NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICROSTRATEGY INCORPORATED,**
*Plaintiff-Appellant*

v.

**APTTUS CORPORATION,**
*Defendant-Appellee*

---

2015-1922

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 3:15-cv-00021-JAG, Judge John A. Gibney Jr.

---

**ON MOTION**

---

### O R D E R

Upon consideration of the parties' joint motion to stay the briefing schedule pending this court's decision on the parties' pending joint motion to vacate the underlying district court opinion and order,

2  MICROSTRATEGY INCORPORATED v. APTTUS CORPORATION

IT IS ORDERED THAT:

The motion is granted. The briefing schedule is stayed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25